DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHASTITY VALDES,**
Appellant,

v.

**SHANE SANTACROCE,**
Appellee.

No. 4D18-2862

[July 18, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Keathan B. Frink, Judge; L.T. Case No. 08-8396 FMCE (36).

Chastity Valdes, Hudson, pro se.

Joseph Zager of ZagerLaw, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, CIKLIN and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***